**No. 10-687. Mark Albrecht, et ux., Individually and on Behalf of All Others Similarly Situated, Petitioners v. Brian Treon, Individually and in His Official Capacity as Coroner of Clermont County, Ohio, and on Behalf of All Others Similarly Situated, et al.**

562 U.S. 1201, 131 S. Ct. 1047, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 957.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 617 F.3d 890.

**No. 10-688. Estate of Kevin Schwing, Petitioner v. The Lilly Health Plan, et al.**

562 U.S. 1201, 131 S. Ct. 1048, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 1068.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 562 F.3d 522.

**No. 10-705. Olga Barcenas-Barrera, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 1201, 131 S. Ct. 1052, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 1053.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 394 Fed. Appx. 100.

**No. 10-707. Lorna Roos, Petitioner v. Michael Roos.**

562 U.S. 1201, 131 S. Ct. 1053, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 1071, ▮

January 24, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-712. William Morris, Jr., et al., Petitioners v. Robert G. Swofford.**

562 U.S. 1201, 131 S. Ct. 1053, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 1057.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 395 Fed. Appx. 559.

**No. 10-733. Donald M. Schulz, et ux., Trustees of 1980 Schulz Living Trust, as Amended, et al., Petitioners v. Jason King, Nevada State Engineer.**

562 U.S. 1201, 131 S. Ct. 1053, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 987.

January 24, 2011. Petition for writ of certiorari to the Supreme Court of Nevada denied.

Same case below, 126 Nev. 754.

**No. 10-739. Hamdy Alex Abou-Hussein, Petitioner v. Robert M. Gates, Secretary of Defense, et al.**

562 U.S. 1201, 131 S. Ct. 1055, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 983.

January 24, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.